UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE FRANCO,<br><br>                              Plaintiff,<br><br>-v.-<br><br>ALL CITY IRONWORKS, LLC,<br><br>                              Defendant. | 22 Civ. 6479 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case.  A proposed settlement has been submitted for the Court's approval.  *See* ECF No. 26.  The proposed settlement provides for an aggregate payment of $32,500 in connection with Plaintiff's FLSA claims, with (1) $21,349 to be apportioned to Plaintiff, and (2) the remaining one-third of the settlement sum ($11,151) allocated to Plaintiff's counsel, Abdul Karim Hassan, in attorney's fees and costs.  *See* ECF No. 26-1 ¶ 1.

The Court has reviewed the terms of the proposed settlement and finds them to be fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).  Accordingly, the proposed settlement is approved, and the case is hereby DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to terminate ECF No. 26 and to close the case.

SO ORDERED.

Dated: February 27, 2024
          New York, New York

_____
JENNIFER H. REARDEN
United States District Judge